In the Matter of the Accounting of PETER DOELGER et al., as Trustees under the Will of PETER DOELGER, Deceased.

JOHN W. HANNON, Special Guardian for EDWARD G. KUSER et al., Appellant; CHARLES TSCHANETT et al., Respondents.

Argued October 19, 1938; decided November 22, 1938.

*John W. Hannon* for appellant.

*Sydney Krause* and *Edmond N. Cahn* for Charles P. Doelger et al., respondents.

*Hersey Egginton* for Central Hanover Bank and Trust Company, as executor of Peter Doelger, Jr., deceased, respondent.

*H. Maurice Darling* for Marie L. Bridgett et al.. respondents.

Order affirmed, with costs to all parties appearing and filing a brief payable out of the estate.    No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.